

# IN THE
## TENTH COURT OF APPEALS

### No. 10-14-00121-CR

**JEFFREY DEAN GERRON,**

                                       **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                       **Appellee**

### From the 40th District Court
### Ellis County, Texas
### Trial Court No. 36,660CR

## O R D E R

In a motion filed on September 2, 2014, appellant asked this Court to order the originals of Defendant's Exhibits 4, 6, 8, and 9, which were admitted into evidence during a pretrial hearing for the sole purpose of the hearing, to be delivered to this Court. *See* TEX. R. APP. P. 34.6(g)(2) (giving the appellate court the authority to direct the delivery of original exhibits to the appellate court). These exhibits were also excluded during the guilt/innocence phase of the trial. Appellant contends these exhibits are necessary for issues to be presented in his appeal. Appellant's motion is

granted. The trial court clerk or the court reporter, whoever currently possesses the original exhibits, is ordered to send to this Court, by courier receipted delivery or by hand delivery, the original of Defendant's Exhibits 4, 6, 8, and 9. Once the opinion of the Court issues in this appeal, the exhibits will be returned, by courier receipted delivery or hand delivery, to the clerk or reporter, whoever was in possession of the exhibits.

Appellant also requested reasonable access to Defendant's Exhibits 4, 6, 8, and 9 for use in the preparation of appellant's brief. That request is also granted. The specific details of appellant's access are to be determined by a subsequent motion by appellant when the extent and timing of the access needed can be more readily determined.

PER CURIAM

Before Chief Justice Gray,
  Justice Davis, and
  Justice Scoggins
Motion granted
Order issued and filed September 18, 2014

